UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BLACKIE FLORENCIO ALVAREZ, SR.,

Plaintiff,

v.

ANGELA RICHARDS, et al.,

Defendants.

No. 2:25-cv-01586 DAD CSK PS

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING MOTION TO PROCEED *IN FORMA PAUPERIS*, DISMISSING COMPLAINT WITHOUT LEAVE TO AMEND, AND DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME AS MOOT

(Doc. Nos. 2, 6, 14)

Plaintiff Blackie Florencio Alvarez, Sr. is proceeding *pro se* in the above-captioned civil rights action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On August 26, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion to proceed *in forma pauperis* in this action (Doc. No. 2) be denied and that, upon screening, plaintiff's complaint be dismissed without leave to amend and that this case be closed. (Doc. No. 6.) Specifically, the magistrate judge concluded that plaintiff's form complaint was based on fanciful allegations and was therefore frivolous. (*Id*. at 4, 6.) The magistrate judge also found that the complaint failed to comply with Rule 8 of the Federal Rules of Civil Procedure and failed to establish this court's subject matter jurisdiction. (*Id*. at 4–6.) Finally, the magistrate judge concluded in light of the nature of the obvious

deficiencies in the complaint and its frivolous nature, that the granting of leave to amend would be futile. (*Id.* at 6.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 7.) After being granted an extension of time in which to do so, on December 16, 2025, plaintiff filed his 89-page objection to the pending findings and recommendations. (Doc. No. 13.) In those objections plaintiff informs the court that he is legally blind, contends that his complaint is not frivolous and should not be dismissed without leave to amend, and includes a proposed amended complaint which does not cure the deficiencies noted by the magistrate judge in plaintiff's original complaint. In short, nothing in plaintiff's objections provides a valid basis upon which to reject the findings and recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 26, 2025 (Doc. No. 6) are adopted in full;

2. Plaintiff's motion to proceed *in forma pauperis* in this action (Doc. No. 2) is denied;

3. Plaintiff's complaint is dismissed without leave to amend;

/////

/////

/////

/////

---

[1] On January 5, 2026, plaintiff filed a notice of unavailability and request for extension of time, informing the court that plaintiff would be unavailable from January 14, 2026, until at least February 14, 2026, and requesting that he be granted an extension of time beyond those dates if any response from him were required. (Doc. No. 14.) The period of unavailability referred to by plaintiff in his motion has long passed and the court will therefore deny his motion for an extension of time as unnecessary and as having been rendered moot.

4. Plaintiff's motion for an extension of time (Doc. No. 14) is denied as unnecessary and as having been rendered moot;

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 22, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE